Lance A. Maningo
MANINGO LAW
Nevada Bar No. 6405
400 South 4th Street, Suite 650
Las Vegas, Nevada 89101
702.626.4646
lance@maningolaw.com
Attorney for Defendant JUDAH

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CASE NO.: 2:25-cr-00002-APG-MDC |
| vs. | **STIPULATION TO CONTINUE SENTENCING** |
| JOSIAH JUDAH, | (Second Request) |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between SIGAL CHATTAH, First Assistant United States Attorney, JOSHUA BRISTER, Assistant United States Attorney, counsel for the United States of America, and LANCE A. MANINGO, of MANINGO LAW, counsel for Defendant JOSIAH JUDAH ("JUDAH"), that Sentencing currently scheduled for February 4, 2026, at 9:30 a.m. be vacated and continued thirty (30) days, or to a date and time to be set by this Honorable Court.

This Stipulation is entered into for the following reasons:

1.    That counsel for JUDAH has a scheduling conflict and will be out of the jurisdiction from February 4, 2026, to February 9, 2026;

2.    That counsel and JUDAH will be unavailable between February 18, 2026, and February 25, 2026;

3.    That Defendant JUDAH is out of custody and does not object to a continuance;

1

4.    That Assistant United States Attorney, JOSHUA BRISTER, does not object to a continuance;

5.    That this is the second request for a continuance of Sentencing in this case; and

6.    That denial of this request for a continuance could result in a miscarriage of Justice.

RESPECTFULLY SUBMITTED this 23rd day of January 2026.

By:    /s/ Lance A. Maningo
       LANCE A. MANINGO
       Attorney for Defendant JUDAH

By:    /s/ Joshua Brister
       JOSHUA BRISTER
       Attorney for Plaintiff

MANINGO LAW
400 South 4th Street, Suite 650
Las Vegas, Nevada 89101
www.maningolaw.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

THE UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JOSIAH JUDAH,

        Defendant.

CASE NO.: 2:25-cr-00002-APG-MDC

**ORDER TO CONTINUE SENTENCING**
(Second Request)

**FINDINGS OF FACTS**

Based upon the pending Stipulation of the parties, and good cause appearing therefore, the Court finds that:

This Stipulation is entered into for the following reasons:

1.  That counsel for JUDAH has a scheduling conflict and will be out of the jurisdiction from February 4, 2026, to February 9, 2026;

2.  That counsel and JUDAH will be unavailable between February 18, 2026, and February 25, 2026;

3.  That Defendant JUDAH is out of custody and does not object to a continuance;

4.  That Assistant United States Attorney, JOSHUA BRISTER, does not object to a continuance;

5.  That this is the second request for a continuance of Sentencing in this case; and

6.  That denial of this request for a continuance could result in a miscarriage of Justice.

/ / /

/ / /

/ / /

MANINGO LAW
400 South 4th Street, Suite 650
Las Vegas, Nevada 89101
www.maningolaw.com

**CONCLUSIONS OF LAW**

The ends of justice are served by granting the requested continuance.

**ORDER**

IT IS THEREFORE ORDERED that Sentencing in this matter currently scheduled for February 4, 2026, at 9:30 a.m. be vacated and continued to March 4, 2026 at 9:30 a.m. in Courtroom 6C in the above-noted Court.

DATED this 26th day of January 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

**MANINGO LAW** Est. 2002

By:     /s/ Lance A. Maningo
        Lance A. Maningo
        Nevada Bar No. 6405
        400 South 4th Street, Suite 650
        Las Vegas, Nevada 89101
        Attorney for Defendant JUDAH

MANINGO LAW Est. 2002
400 South 4th Street, Suite 650
Las Vegas, Nevada 89101
www.maningolaw.com

4